**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JASMINE JENNINGS, as Anticipated Administrator of the Estate of JOSHUA ARMOUR (Deceased), and as Next Friend and Guardian of ASHTON ARMOUR, a Minor, and ADAIYA ARMOUR, a Minor, Surviving Children and Heirs of JOSHUA ARMOUR;<br><br>Plaintiffs,<br><br>v.<br><br>SEALY MATTRESS MANUFACTURING COMPANY LLC, TEMPUR SEALY INTERNATIONAL, INC., and ABC CORPORATION 3,<br><br>Defendants. | Case No. 1:25-cv-00914-AT |

**ORDER ON THE PARTIES'**
**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

This matter comes before the Court on the Parties' Joint Motion to Extend Discovery Deadlines. The parties request an extension to all discovery and pretrial deadlines. For good cause shown, IT IS HEREBY ORDERED, the new discovery period and pretrial deadlines are as follows:

| | |
|---|---|
| Deadline to Depose Fact Witnesses: | **November 30, 2026** |
| Plaintiffs' Rule 26 Expert Reports Due: | **December 31, 2026** |
| Deadline to Depose Plaintiffs' Experts: | **January 31, 2027** |
| Defendants' Rule 26 Expert Reports Due: | **February 28, 2027** |
| Deadline to Depose Defendants' Experts: | **March 31, 2027** |
| Last day for filing civil motions, including Daubert Motions but excluding Motions in *limine*: | **April 30, 2027** |

Motions in *limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied by a proposed order.

**SO ORDERED**, this 4th day of August, 2026.

Honorable Amy Totenberg
United States District Judge